Submitted December 15, 2020, affirmed February 3, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

KEVIN GARRETT THOMASON,
*Defendant-Appellant.*

Lane County Circuit Court
18CR72468; A171454

480 P3d 337

R. Curtis Conover, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Laura A. Frikert, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jennifer S. Lloyd, Assistant Attorney General, filed the brief for respondent.

Before DeVore, Presiding Judge, and DeHoog, Judge, and Mooney, Judge.

PER CURIAM

Affirmed. *State v. Ciraulo*, 367 Or 350, 478 P3d 502 (2020).